# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN D. SEARLES, | Case No. ED CV 17-00340 PA (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SCOTT KERNAN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 14, 2017

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE